**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001132
15-DEC-2014
08:43 AM**

NO. CAAP-14-0001132

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GERRY M. GARCIA, an individual, Plaintiff-Appellant,
v.
STATE OF HAWAI'I, Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE NON-PROFIT ENTITIES 1-20, DOE GOVERNMENTAL ENTITIES 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0050)

ORDER GRANTING THE NOVEMBER 24, 2014
NOTICE OF WITHDRAW AND DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Notice of Withdraw [sic] and
Dismissal of Appeal" (**Motion**), which the court construes as a
motion to dismiss the appeal, filed on November 24, 2014, by
Plaintiff-Appellant Gerry M. Garcia (**Appellant**), through counsel
Richard D. Gronna, the papers in support, and the record, it
appears that Appellant seeks to dismiss the appeal, and no
payment is due.

IT IS HEREBY ORDERED that the Motion is granted.  The appeal in No. CAAP-14-0001132 is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i,  December 15, 2014.


Chief Judge


Associate Judge


Associate Judge